```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
NATIONAL UNION FIRE INSURANCE                                 :
COMPANY OF PITTSBURGH, PA,                                    :
                                    Plaintiff,                :    21 Civ. 9227 (LGS)
                                                              :
                  -against-                                   :         ORDER
                                                              :
EVERGREEN MARINE (UK), LTD.,                                  :
                                    Defendant.                :
                                                              :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order at Dkt. No. 12, required the parties to file a proposed case management plan and joint letter by January 26, 2022, at noon;

WHEREAS, the initial pretrial conference is currently scheduled for February 2, 2022, at 4:00 p.m.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **January 28, 2022**, at **noon**.

Dated: January 27, 2022
      New York, New York

                                                      LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE